The Honorable Edward F. Shea

Elizabeth A. Leedom, WSBA No. 14335
BENNETT BIGELOW & LEEDOM, P.S.
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
Telephone: 206.622.5511

Attorney for Defendant
Dr. Tracy Berg

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS R. FREEBURG and SANDRA FREEBURG, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>NORTHWEST ORTHOPAEDIC SPECIALISTS, P.S.; JONATHAN P. KEEVE, M.D.; DOUGLAS G. NORQUIST, M.D.; TRACY A. BERG, M.D. (f/k/a TRACY A. MAGNUSON);<br><br>Defendants. | Civil Action No. CV-09-0093-EFS<br><br>DECLARATION OF DAN J. KEEFE DEFENDANTS' REPLY IN SUPPORT OF MOTION TO STRIKE<br><br>[Oral Argument Requested]<br><br>Hearing: July 20, 2010<br>1:30 p.m. |

I, DAN J. KEEFE, declare as follows:

DECLARATION OF DAN J. KEEFE IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO STRIKE – Page 1

1. I am one of the attorneys for Dr. Tracy Berg in this case. I make this declaration based on personal knowledge and in support of Defendant Dr. Berg's Reply Brief in Support of Motion to Strike.

2. According to MedRecs, the records retrieval service, the angiogram that was taken of the plaintiff Thomas Freeburg at Valley Medical Center & Hospital was sent out, by mail, to all the parties who requested a copy on April 30, 2010. This would include the plaintiffs and their attorney.

3. Attached as Exhibit A, the stipulation for this angiogram was signed by the plaintiffs' attorney Ken Coleman, indicating he wanted a copy, which was sent to him on April 30, 2010.

DATED this 7th day of July, 2010 at Seattle, Washington.

BENNETT BIGELOW & LEEDOM, P.S.

By: _____
Dan J. Keefe, WSBA #25181
Attorney for Defendant Dr. Berg
Bennett Bigelow & Leedom, P.S.
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101
(206) 622-5511 Phone
(206) 622-8986 Fax

DECLARATION OF DAN J. KEEFE IN SUPPORT
OF DEFENDANTS' REPLY IN SUPPORT OF
MOTION TO STRIKE – Page 2

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
(206) 622-5511

# CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2010, I electronically filed this document with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Kenneth J. Coleman, Esq.<br>Law Offices of Kenneth J. Coleman<br>421 W Riverside, Suite 654<br>Spokane, WA  99201<br><br>E-mail: k.coleman.mdjd@att.net | James Bernard King, Esq.<br>Evans, Craven & Lackie, P.S.<br>818 W Riverside, Suite 250<br>Spokane, WA 99201-0910<br><br>E-mail:  jking@ecl-law.com,<br>kschulman@ecl-law.com |

and I hereby certify that I have <u>not</u> mailed by United States Postal Service the document(s) to the any non-CM/ECF participants because all parties are represented by registered CM/ECF participants.

I certify under the laws of the United States of America that the foregoing is true and correct.

DATED this 7th day of July, 2010.

BENNETT BIGELOW & LEEDOM, P.S.

By: _____
Dan J. Keefe, WSBA #25181
Attorney for Defendant Dr. Berg
Bennett Bigelow & Leedom, P.S.
1700 Seventh Avenue, Suite 1900
Seattle, WA  98101
(206) 622-5511 Phone
(206) 622-8986 Fax

{1242.00394/M0170754.DOC; 1}

DECLARATION OF DAN J. KEEFE IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO STRIKE – Page 3

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
1700 Seventh Avenue, Suite 1900
Seattle, Washington  98101
(206) 622-5511