1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

10
11

THOMAS R. FREEBURG and SANDRA
FREEBURG,

12

                    Plaintiffs,

13

          v.

14
15
16

NORTHWEST ORTHOPAEDIC
SPECIALISTS, P.S.; JONATHAN
P. KEEVE, M.D.; DOUGLAS G.
NORQUIST, M.D.; TRACY A BERG,
M.D.,

17

                    Defendants.

NO. CV-09-93-EFS

**ORDER DENYING DEFENDANT TRACY
A. BERG'S MOTION TO STRIKE FOR
FAILURE TO TIMELY IDENTIFY
EXPERT WITNESSES**

18
19
20
21
22
23
24

     Before the Court, without oral argument,[1] is Defendant Tracy A.
Berg's Motion to Strike for Failure to Timely Identify Expert Witnesses
(Ct. Rec. 23). After review, the Court denies Defendant Berg's motion.
Plaintiffs did not act in bad faith by their late filing, and their delay
was both excusable and harmless. *See* Fed. R. Civ. P. 37(c)(1); *Wong v.
Regents of Univ. Of Calif.*, 410 F.3d 1052, 1062 (9th Cir. 2005); *Yeti by*

25
26

---

     [1] The Court finds that oral argument on this motion is not
warranted. LR 7.1(h)(3).

ORDER * 1

*Molly, Ltd. v. Deckers Outdoor Corp.*, 259 F.3d 1101, 1106 (9th Cir. 2001); *Henry v. Gill Indus., Inc.*, 983 F.2d 943, 946 (9th Cir. 1993).

Accordingly, **IT IS HEREBY ORDERED:** Defendant Berg's Motion to Strike for Failure to Timely Identify Expert Witnesses **(Ct. Rec. 23)** is **DENIED.** The Court's Scheduling Order **(Ct. Rec. 21)** is **AMENDED** so that Defendants' expert witness disclosures shall be served no later than **July 22, 2010** and Plaintiffs' rebuttal witness disclosures shall be served no later than **August 5, 2010.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and distribute copies to counsel.

**DATED** this___9th___ day of July 2010.


_____
                    S/ Edward F. Shea
                   EDWARD F. SHEA
            United States District Judge

Q:\Civil\2009\93.Strike.wpd

ORDER * 2