AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

THOMAS R. FREEBURG and SANDRA FREEBURG, husband and wife,

           Plaintiffs,

v.

TRACY A. BERG, M.D.,

           Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-93-EFS

[x] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant.

November 8, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas